IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANNIE L. WHITE, **PLAINTIFF**

VERSUS No. 2:04CV291-P-B

MJ HOLDING COMPANY, LLC, **DEFENDANT**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendations of the United States Magistrate Judge dated April 7, 2006, was on that date duly served by regular mail upon counsel of record for the plaintiff at his last known address; that more than ten days have elapsed since service of said Report and Recommendations; and that plaintiff has neither filed objections thereto nor shown cause why the action should not be dismissed pursuant to Rule 4(m), F.R.C.P.

The court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore

ORDERED:

1. That the Report and Recommendations of the United States Magistrate Judge dated April 7, 2006, be, and it is hereby, approved and adopted as the opinion of the court.

2. That all of plaintiff's claims against the defendant be, and they are hereby, dismissed without prejudice pursuant to Rule 4(m), F.R.C.P., for failure to complete service of process of the defendant within 120 days of the filing of the complaint.

THIS, the 1st day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

1